# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE W. KNUDSEN, | NO. CV 11-5093 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the awarding of benefits to plaintiff.

Dated this 29th day of May, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge